583 A.2d 323

JAMES NIGRO v. PLANNING BOARD OF THE BOROUGH
OF SADDLE RIVER.

February 20, 1990.

Petition for certification granted. (See 237 *N.J.Super.* 305,
567 *A.*2d 1010)

583 A.2d 323

STATE OF NEW JERSEY v. DIANE DOWNEY.

February 20, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 4, 566
*A.*2d 822)

583 A.2d 324

ROBERT SOGLUIZZO v. NEW JERSEY STATE PAROLE BOARD.

February 20, 1990.

Petition for certification denied.

583 A.2d 324

ALCIDES FERREIRA v. CITY OF ASBURY PARK.

February 20, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 142,
567 *A.*2d 233)